**Alfred M. LAWSON, Appellant, v. UNITED STATES of America.**

**Millie BERKMAN, Appellant, v. SAME.**

**Elbin Wilford MATTSON, Appellant, v. SAME.**

**Lenus LANDBY, Appellant, v. SAME.**

**Hildur H. LOCKREM, Appellant, v. SAME.**

**Erick STARREN, Appellant, v. SAME.**

**Philip Schyler SMITH, Appellant, v. SAME.**

**Nos. 10158–10164.**

Circuit Court of Appeals, Eighth Circuit.

Oct. 24, 1934.

I. K. Lewis, of Duluth, Minn., C. E. Berkman, of Chisholm, Minn., and John H. Hougen, of Minneapolis, Minn., for appellants.

George F. Sullivan, U. S. Atty., of St. Paul, Minn.

PER CURIAM.

Appeals docketed and dismissed, without costs to either party in this court, on motion and stipulation of parties.